# United States Bankruptcy Court
## Northern District of Illinois

In re  **Affito Domus Vendita Holdings LLC** _____  Case No.  **22-14055** _____

Debtor(s)  Chapter  **11** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **13**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December  6, 2022** _____    **/s/ Phillip Ciaccio** _____

**Phillip Ciaccio/Manager of Authorized Member, Larrabee Holdings LLC**
Signer/Title

Affito Larrabee Investor LLC
2500 McKinney Ave., Suite 801
Dallas, TX 75201


Chicago Disposal
19244 177th St.
Lansing, IL 60438


City of Chicago Utility Service
PO Box 6330
Chicago, IL 60680


ComEd
PO Box 6110
Carol Stream, IL 60197


Cook County Treasurer
PO Box 805436
Chicago, IL 60680-4155


DSSG 11 LLC
2027 W. Division #702
Chicago, IL 60622


Farmers Insurance
2533 N Ashland
Chicago, IL 60614


Larrabee Note Buyer, LLC
Attn: Jason B. Hirsch
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


Larrabee Note Buyer, LLC
Attn: Sheryl A. Fyock
55 W. Monroe St., Suite 1100
Chicago, IL 60603


Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604


Peoples Gas
PO Box 94491
Chicago, IL 60690

ThyssenKrupp
c/o Prentice Hall Corporation
801 Adlai Stevenson Dr.
Springfield, IL 62703


YMTB Holdings LLC
Attn: Ariel Weissberg, Esq.
564 W. Randolph St., 2nd Floor
Chicago, IL 60661