**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | |
| AFFITO DOMUS VENDITA HOLDINGS LLC, | Case No. 22-14055 |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Chapter 11 Bankruptcy Case (Doc. 8) was served on December 7, 2022, by United States Mail, postage prepaid and properly addressed, upon those parties listed on the attached matrix.

Dated:  December 7, 2022

*/s/ Thomas B. Fullerton*
Thomas B. Fullerton (6296539)
AKERMAN LLP
71 S. Wacker Drive, 47th Floor
Chicago, Illinois  60126
Telephone:  (312) 634-5700
thomas.fullerton@akerman.com
*Proposed Counsel for Debtor*

67633802;1