**Fill in this information to identify the case:**

Debtor name: Affito Domus Vendita Holdings LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 22-14055

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................... $ 15,750,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $ 2,128,392.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................... $ 17,878,392.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 13,538,493.32

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 21,742.72

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                    $ 13,560,236.04

Official Form 206Sum             Summary of Assets and Liabilities for Non-Individuals             page 1