# Rent Roll

**Properties:** Affito Domus Vendita Holdings, LLC - 853 N. Larrabee Chicago, IL 60610

**Units:** Active

**As of:** 12/19/2022

**Include Non-Revenue Units:** No

| Unit | Tags | BD/BA | Tenant | Status | Sq. Ft. | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Affito Domus Vendita Holdings, LLC - 853 N. Larrabee Chicago, IL 60610** | | | | | | | | | | | | | | | |
| Commercial A | | --/-- | | Vacant-Unrented | | | | 0.00 | | | | | | | |
| Commercial B | | --/-- | All State Zuniga | Current | | | 2,474.67 | 0.00 | 06/01/2022 | 05/31/2027 | 06/01/2022 | | -7,424.01 | 0 | 0 |
| Commercial C | | --/-- | Baker Bettie LLC | Current | 4,000 | | 3,887.50 | 0.00 | 06/01/2022 | 05/31/2027 | 06/01/2022 | | 0.00 | 0 | 0 |
| 201 | | 1/1.00 | Justin F. D███ | Current | 775 | 2,372.00 | 2,372.00 | 0.00 | 07/17/2021 | 09/30/2023 | 07/14/2021 | | 0.00 | 0 | 0 |
| 202 | | 1/1.00 | John A. K███ | Current | 693 | 2,301.00 | 2,301.00 | 0.00 | 08/02/2021 | 09/30/2023 | 08/02/2021 | | 0.00 | 0 | 0 |
| 203 | | 0/1.00 | Alyzza C███ | Current | 506 | | 1,757.00 | 0.00 | 07/15/2020 | 07/31/2023 | 07/15/2020 | | 0.00 | 0 | 0 |
| 204 | | 0/1.00 | Anthony L███ | Current | 506 | | 1,810.00 | 0.00 | 08/01/2022 | 07/31/2023 | 08/01/2022 | | 0.00 | 0 | 0 |
| 205 | | 0/1.00 | Zaida M. D███ | Current | 506 | 1,515.00 | 1,813.00 | 0.00 | 08/01/2021 | 09/30/2023 | 08/01/2021 | | 0.00 | 1 | 0 |
| 206 | | 0/1.00 | Devin L███ | Current | 506 | 1,757.00 | 1,751.00 | 0.00 | 10/08/2022 | 03/31/2024 | 10/08/2022 | | 0.00 | 0 | 0 |
| 207 | | 1/1.00 | Avery N███ | Current | 693 | 2,275.00 | 2,510.00 | 0.00 | 05/20/2022 | 05/31/2023 | 05/20/2022 | | 0.00 | 0 | 0 |
| 208 | | 1/1.00 | Jourdan S███ | Current | 775 | 2,325.00 | 2,536.00 | 0.00 | 07/23/2021 | 09/30/2023 | 07/23/2021 | | 0.00 | 0 | 0 |
| 209 | | 1/1.00 | Jack F███ | Current | 717 | 2,513.00 | 2,077.00 | 0.00 | 12/01/2022 | 11/30/2023 | 12/01/2022 | | 2,067.00 | 0 | 0 |
| 210 | | 1/1.00 | | Vacant-Unrented | 706 | 2,372.00 | | 0.00 | | | | | | | |
| 211 | | 1/1.00 | David L███ | Current | 808 | 2,181.60 | 2,391.00 | 0.00 | 06/01/2019 | 05/31/2023 | 06/01/2019 | | 0.00 | 0 | 0 |
| 212 | | 1/1.00 | | Vacant-Unrented | 808 | 2,672.00 | | 0.00 | | | | | | | |
| 213 | | 1/1.00 | Hillary T███ | Current | 706 | 2,050.00 | 2,479.00 | 0.00 | 09/01/2022 | 08/31/2023 | 09/01/2022 | | 0.00 | 0 | 0 |
| 214 | | 1/1.00 | Isabella A███ | Current | 717 | 2,479.00 | 2,479.00 | 0.00 | 07/31/2021 | 04/30/2023 | 07/31/2021 | | 0.00 | 0 | 0 |
| 301 | | 1/1.00 | | Vacant-Unrented | 775 | 2,372.00 | | 0.00 | | | | | | | |
| 302 | | 1/1.00 | | Vacant-Unrented | 693 | 2,301.00 | | 0.00 | | | | | | | |

**Rent Roll**

| Unit | Tags | BD/BA | Tenant | Status | Sq. Ft. | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | | 0/1.00 | Brett M | Current | 506 | | 1,757.00 | 0.00 | 10/01/2020 | 07/31/2023 | 10/01/2020 | | 0.00 | 0 | 0 |
| 304 | | 0/1.00 | Allison C | Current | 506 | 1,515.00 | 1,810.00 | 0.00 | 06/19/2021 | 08/31/2023 | 06/19/2021 | | 0.00 | 3 | 0 |
| 305 | | 0/1.00 | Chris A. L | Current | 506 | 1,515.00 | 1,813.00 | 0.00 | 05/22/2021 | 07/31/2023 | 05/22/2021 | | 0.00 | 3 | 0 |
| 306 | | 0/1.00 | | Vacant-Unrented | 506 | 1,757.00 | | 0.00 | | | | | | | |
| 307 | | 1/1.00 | | Vacant-Unrented | 693 | 2,295.00 | | 0.00 | | | | | | | |
| 308 | | 1/1.00 | | Vacant-Unrented | 775 | 2,536.00 | | 0.00 | | | | | | | |
| 309 | | 1/1.00 | | Vacant-Unrented | 717 | 2,087.00 | | 0.00 | | | | | | | |
| 310 | | 1/1.00 | | Vacant-Unrented | 706 | 2,053.00 | | 0.00 | | | | | | | |
| 311 | | 1/1.00 | Spencer K | Current | 808 | 2,375.00 | 2,872.00 | 0.00 | 07/01/2021 | 08/31/2023 | 07/01/2021 | | -1,407.50 | 0 | 0 |
| 312 | | 1/1.00 | Sean E | Current | 808 | 2,181.60 | 2,672.00 | 0.00 | 04/25/2019 | 05/31/2023 | 04/25/2019 | | 0.00 | 0 | 0 |
| 313 | | 1/1.00 | Chenru L | Current | 706 | 2,100.00 | 2,100.00 | 0.00 | 01/26/2022 | 02/28/2023 | 01/26/2022 | | 0.00 | 0 | 0 |
| 314 | | 1/1.00 | | Vacant-Unrented | 717 | 2,479.00 | | 0.00 | | | | | | | |
| 401 | | 1/1.00 | Wesley M | Current | 775 | | 2,491.00 | 0.00 | 03/01/2020 | 05/31/2023 | 03/01/2020 | | 0.00 | 0 | 0 |
| 402 | | 1/1.00 | Andrew B | Current | 693 | 2,150.00 | 2,350.00 | 0.00 | 10/19/2021 | 11/30/2022 | 10/19/2021 | | 2,440.00 | 0 | 0 |
| 403 | | 0/1.00 | Melanie D | Current | 506 | 1,757.00 | 1,757.00 | 0.00 | 10/01/2022 | 09/30/2023 | 10/01/2022 | | 2,827.00 | 0 | 0 |
| 404 | | 0/1.00 | Angela G | Current | 506 | 1,515.00 | 1,610.00 | 0.00 | 07/01/2021 | 08/31/2023 | 07/01/2021 | | 0.00 | 0 | 0 |
| 405 | | 0/1.00 | Michelle L | Current | 506 | | 1,515.00 | 0.00 | 12/15/2021 | 01/31/2023 | 12/15/2021 | | 0.00 | 0 | 0 |
| 406 | | 0/1.00 | Lucia S | Current | 506 | | 1,757.00 | 0.00 | 02/01/2021 | 09/30/2023 | 02/01/2021 | | 0.00 | 0 | 0 |
| 407 | | 1/1.00 | | Vacant-Unrented | 693 | 2,295.00 | | 0.00 | | | | | | | |
| 408 | | 1/1.00 | | Vacant-Unrented | 775 | 2,536.00 | | 0.00 | | | | | | | |
| 409 | | 1/1.00 | | Vacant-Unrented | 717 | 2,513.00 | | 0.00 | | | | | | | |
| 410 | | 1/1.00 | Matvey T | Current | 706 | 2,175.00 | 2,300.00 | 0.00 | 05/23/2022 | 05/31/2023 | 05/23/2022 | | 0.00 | 0 | 0 |
| 411 | | 1/1.00 | Jaden A | Current | 808 | 2,222.00 | 2,672.00 | 0.00 | 06/01/2020 | 07/31/2023 | 06/01/2020 | | 0.00 | 6 | 0 |
| 412 | | 1/1.00 | | Vacant-Unrented | 808 | 2,259.00 | | 0.00 | | | | | | | |
| 413 | | 1/1.00 | | Vacant-Unrented | 706 | 2,479.00 | | 0.00 | | | | | | | |

**Rent Roll**

| Unit | Tags | BD/BA | Tenant | Status | Sq. Ft. | Market Rent | Rent | Deposit | Lease From | Lease To | Move-in | Move-out | Past Due | NSF Count | Late Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 414 | | 1/1.00 | | Vacant-Unrented | 717 | 2,479.00 | | 0.00 | | | | | | | |
| **45 Units** | | | | **62.2% Occupied** | **32,266** | **78,759.20** | **62,114.17** | **0.00** | | | | | **-1,497.51** | **13** | **0** |
| **Total 45 Units** | | | | **62.2% Occupied** | **32,266** | **78,759.20** | **62,114.17** | **0.00** | | | | | **-1,497.51** | **13** | **0** |